Appeal by the defendant from a judgment of the Supreme Court, Rockland County (Kelly, J.), rendered April 30, 2014, convicting him of driving while intoxicated as a felony in violation of Vehicle and Traffic Law § 1192 (3), upon his plea of guilty, and imposing sentence.
 

 Ordered that the judgment is affirmed.
 

 Contrary to the defendant’s contention, the sentence imposed was not illegal. Where, as here, a person is convicted under Vehicle and Traffic Law § 1192 (3), a sentencing court is required, pursuant to Penal Law § 60.21, to impose a period of probation or conditional discharge to run consecutively to any period of imprisonment, notwithstanding Penal Law § 60.01 (2) (d) (see Vehicle and Traffic Law § 1193 [1] [c] [iii]; People v Vanbuskirk, 126 AD3d 1239, 1240 [2015]; People v O’Brien, 111 AD3d 1028, 1029 [2013]; People v Panek, 104 AD3d 1201, 1201-1202 [2013]; People v Oliver, 98 AD3d 751, 751 [2012]). Accordingly, the defendant’s sentence, which included a consecutive period of probation, was legal.
 

 Balkin, J.P., Miller, Duffy, LaSalle and Brathwaite Nelson, JJ., concur.